UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:21CR241 RLW/DDN |
| vs. ) | |
| ) | |
| ) | |
| ORLANDO WASHINGTON, ) | |
| Defendant. ) | |
| ) | |

ENTRY OF APPEARANCE OF BEHALF OF DEFENDANT

Comes now Terence Niehoff #36151MO and enters his appearance as retained counsel for defendant.

Respectfully submitted,

/s/ Terence Niehoff
Terence Niehoff #36151MO
Niehoff & Hufty, LLC.
818 Lafayette
St. Louis, MO 63104
314-621-4400

Certificate of Service
    I do hereby certify that a copy of the foregoing was served on all parties this 7th day of June, 2021, via the ECF filing system.

/s/ Terence Niehoff