

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Docket #: 21000008025     (Not In Custody)
21CF0076401   UNLAWFUL POSSESSION OF FIREARM BY FELON

THE PEOPLE OF THE
STATE OF ILLINOIS

vs.

Defendant:
WASHINGTON, ORLANDO L.

1022 NORTH 19TH STREET
SAINT LOUIS, MISSOURI  63106

FILED
ST. CLAIR COUNTY
MAY 13 2021
CIRCUIT CLERK

## CRIMINAL INFORMATION

COUNT 1 of 2: JAMES GOMRIC of St. Clair County, Illinois in the name and by the authority of the people of the State of Illinois charges that ORLANDO L. WASHINGTON on or about the 18th day of October, 2020, in the County of St. Clair, in the State of Illinois ORLANDO L. WASHINGTON committed the offense of UNLAWFUL POSSESSION OF FIREARM BY FELON, in violation of Section 24-1.1(a), Act 5.0, Chapter 720, ILCS, 2006, in that ORLANDO L. WASHINGTON , a person who has been convicted of a felony under the law of the State of Missouri, knowingly possessed on his person a .40 caliber handgun, and the person had been previously convicted of Unlawful Use of a Weapon, a felony, in violation of Section 571.030 of the Missouri Revised Statutes, in the Circuit Court of the City of St. Louis, Missouri on February 14, 2019 in case number 1822-CR011840-01. A Class 3 Criminal Felony , Category A Offense

The undersigned, on oath, states that the facts set forth in the foregoing information are true in the substance and matter of fact, to the best of his knowledge, information and belief.

Information filed this 13th day of May, 2021. Warrant issued to Detective HEDGPETH, SCOTT, Originating Agency of SAUGET.

Assistant State's Attorney

Complainant

Subscribed and sworn before me this 13th day of May, 2021

Notary Public

OFFICIAL SEAL
CYNTHIA A PRICHARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/06/25

### DEFENDANT DEMOGRAPHICS

| | |
|---|---|
| D.O.B: | 05/29/1991 |
| Sex: | Male |
| Race: | Black |
| Height: 6'00" | Eyes: Brown |
| Weight: 180 | Hair: Black |
| Warrant Number: | 40065372 |

Print Date: 05/13/2021 at 9:20 am - Reference: 90406526

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

THE PEOPLE OF THE
STATE OF ILLINOIS

vs.

Defendant:
WASHINGTON, ORLANDO L.

1022 NORTH 19TH STREET
SAINT LOUIS, MISSOURI  63106

Docket #: 21000008025    (Not In Custody)
21CF0076402    OBSTRUCTING JUSTICE



FILED
ST. CLAIR COUNTY
MAY 1 3 2021
CIRCUIT CLERK

## CRIMINAL INFORMATION

COUNT 2 of 2: JAMES GOMRIC of St. Clair County, Illinois in the name and by the authority of the people of the State of Illinois charges that ORLANDO L. WASHINGTON on or about the 18th day of October, 2020, in the County of St. Clair, in the State of Illinois ORLANDO L. WASHINGTON committed the offense of OBSTRUCTING JUSTICE, in violation of Section 31-4(a)(1), Act 5.0, Chapter 720, ILCS, 2006, in that ORLANDO L. WASHINGTON, with the intent to obstruct the prosecution of Granville Carter, knowingly concealed physical evidence in that he removed a .40 caliber handgun from Granville Carter and hid it in a security office at the Oz Nightclub, 300 Monsanto Avenue, Sauget, St. Clair County, Illinois. A Class 4 Criminal Felony, Category B Offense

The undersigned, on oath, states that the facts set forth in the foregoing information are true in the substance and matter of fact, to the best of his knowledge, information and belief.

Information filed this 13th day of May, 2021. Warrant issued to Detective HEDGPETH, SCOTT, Originating Agency of SAUGET.

| DEFENDANT DEMOGRAPHICS | |
|---|---|
| D.O.B: 05/29/1991 | |
| Sex: Male | |
| Race: Black | |
| Height: 6'00" | Eyes: Brown |
| Weight: 180 | Hair: Black |
| Warrant Number: 40065372 | |

Assistant State's Attorney

Complainant

Subscribed and sworn before me this 13th day of May, 2021

OFFICIAL SEAL
CYNTHIA A PRICHARD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/06/25

Print Date: 05/13/2021 at 9:20 am - Reference: 90406527

# St. Clair County
ILLINOIS

🔍  I Want To...

🏠 > Departments > Circuit Clerk > Courts > Criminal Records

Return to Previous Page

## Defendant Information

**Name:** ORLANDO L. WASHINGTON
**Date of Birth:** 05/29/1991
**Age:** 30
**Gender:** Male

**Ethnic Group:** Black
**Height:** 6'00"
**Weight:** 180
**Eye Color:** Brown
**Hair Color:** Black

**Fines Owed:** $119.40
**Restitution Owed:** $0.00
**Bond Posted:** $0.00

## Case Summary

**Felony Cases**
Filed: 2
Pending: 0
LastFiled: 05/13/2021

**Misdemeanor Cases**
Filed: 1
Pending: 0
LastFiled: 03/04/2016

**Other Cases**
Filed: 3
Pending: 0
LastFiled: 11/08/2016

## Case History (Click row to go to Case Detail)

| Date | Offense | Case Number | Ticket Number | Status |
|---|---|---|---|---|
| 05/13/2021 | 1 - UNLAWFUL POSSESSION OF FIREARM BY FELON | 21CF0076401 (Class 3 Felony) | SAUGET | ) |
| 05/13/2021 | 2 - OBSTRUCTING JUSTICE | 21CF0076402 (Class 4 Felony) | SAUGET | ) |
| 11/08/2016 | 3 - DRIVING ON SUSPENDED LICENSE | 16TR0034431 (Class A Traffic) | 126460 - ILLINOIS STATE POLICE | CLOSED - DISMISSED) |
| 03/04/2016 | 4 - DISORDERLY CONDUCT | 16CM0001097 (Class C Misdemeanor) | 2405807 - SAUGET | CLOSED - DISMISSED (END OF SUPERVISION)) |
| 01/14/2014 | 5 - SEAT BELT REQUIRED/DRIVER | 14TR0001477 (Class P Traffic) | 2394489 - O'FALLON | CLOSED - CONVICTION (FEES OWED)) |
| 01/14/2014 | 6 - OPERATE UNINSURED MTR VEHICLE | 14TR0001478 (Class U Traffic) | 2394488 - O'FALLON | OPEN - NON-RESIDENT VIOLATOR COMPACT) |

Upcoming Appearances    Assessment History



## St. Clair County
ILLINOIS

**County Office Address**
#10 Public Square
Belleville, IL 62220

**Contact Info**
(618) 277-6600
WEBMASTER@CO.ST-CLAIR.IL.US

Copyright ©2021 St. Clair County, Illinois. All rights reserved.   Privacy Statement   Terms Of Use